IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01878-MSK-MEH

WILLIAM C. SPENT, JR., d/b/a Spent Saddlery& Feeds,

    Plaintiff,

v.

DAN GEOLFOS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 31, 2011.**

    In light of Defendant's concession that the Plaintiff's requests for admission are deemed admitted pursuant to Fed. R. Civ. P. 36(a)(3) [*see* docket #18], Plaintiff's Motion to Deem Requests for Admission Admitted by Defendant [filed October 12, 2011; docket #14] is **denied as moot**. Briefing on Defendant's Motion to Withdraw or Amend Deemed Admissions [docket #19] will proceed in this matter pursuant to Fed. R. Civ. P. 36(b) and D.C. Colo. LCivR 7.1C.