IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01878-MSK-MEH

WILLIAM C. SPENT, JR., d/b/a Spent Saddlery & Feeds,

    Plaintiff,

v.

DAN GEOLFOS,

    Defendant.

## DEFENDANT'S REPORT ON ALTERNATIVE DISPUTE RESOLUTION AND REQUEST FOR MEDIATION

Pursuant to Scheduling Order, Dkt, 12 and 12-1, Defendant submits the following report regarding Alternative Dispute Resolution and requests mediation.

## STATUS OF SETTLEMENT NEGOTIATIONS

The parties have had extensive discussions regarding settlement on several occasions prior to the date of this Report. Written offers of settlement have been given to Plaintiff. Defendant believes the only issue is the amount of the settlement.

## IDENTITY OF PERSON RESPONSIBLE FOR SETTLEMENT NEGOTIATIONS

The approval of any settlement on behalf of Defendants would be made by Mr. Dan Geolfos. Attorney Charles W. Hanor is responsible for settlement negotiations on behalf of Defendant.

## DEFENDANT'S POSITION REGARDING APPROPRIATENESS OF ADR

Defendant believes that ADR is appropriate at this point. Defendant requests that Magistrate Judge Michael E. Hegarty schedule a mediation between the parties, with Judge Hegarty as the mediator, at the Denver Courthouse to attempt to resolve this case.

## CERTIFICATION THAT CLIENT HAS BEEN INFORMED REGARDING ADR

Counsel for Defendant certifies that Defendant have been apprised of the ADR procedures available in this District.

Dated this 21st day of November, 2011.

/s/ Charles W. Hanor
_____
Charles W. Hanor
Attorney-in-Charge
State Bar No. 08928800
Hanor Law Firm
Charles W. Hanor, P.C.
750 Rittiman Road
San Antonio, TX 78209
210-829-2002
210-829-2001-Fax
chanor@hanor.com

ATTORNEYS FOR DEFENDANT

## Certificate of Service

I certify that the foregoing was filed with the Clerk of Court and served on Plaintiff's counsel on November 21, 2011 by means of the Court's Electronic Case Filing (ECF-Pacer) system, which will send notification of such filing to the following:

Stephen A. Kennedy
Kennedy Clark & Williams, P.C.
1700 Pacific Avenue, Suite 1280
Dallas, TX 75201
Telephone: 214-979-1122
Facsimile: 214-979-1123
skennedy@kcwfirm.com

_____
Charles W. Hanor