**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01878-MSK-MEH

**WILLIAM C. SPENT, JR., d/b/a Spent Saddlery & Feeds,**

      **Plaintiff,**

**v.**

**DAN GEOLFOS,**

      **Defendant.**

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) & (c), William C. Spent, Jr. d/b/a Spent Saddlery & Feeds (collectively "Spent") and Dan Geolfos ("Geolfos") hereby stipulate to the dismissal with prejudice of all claims in this action with all rights of appeal waived and each party bearing its own costs and legal fees in connection therewith.

Furthermore, Spent and Geolfos stipulate that any pending motions are withdrawn and/or are moot, and should be denied as moot.

A proposed order is submitted herewith.

Date: March 5, 2012

Respectfully submitted,

By: */s/ Stephen A. Kennedy*
Stephen A. Kennedy
skennedy@kcwfirm.com
Texas State Bar No. 11300425
Kenneth P. Kula
kkula@mkwpc.com
Texas State Bar No. 24004749
**MCDOLE, KENNEDY &WILLIAMS, P.C.**
1700 Pacific Avenue, Suite 1280
Dallas, Texas 75201
Telephone: 214-979-1122
Facsimile: 214-979-1123

**ATTORNEYS FOR PLAINTIFF**


By:  */s/ Charles W. Hanor*
Charles W. Hanor
Attorney-in-Charge
Texas State Bar No. 08928800
Hanor Law Firm
**CHARLES W. HANOR, P.C.**
750 Rittiman Road
San Antonio, TX 78209
210-829-2002
210-829-2001-Fax
chanor@hanor.com

**ATTORNEYS FOR DEFENDANT**